1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21550 Oxnard St. Suite 780,
   Woodland Hills, CA 91367
4  Phone: 877-206-4741
   Fax: 866-633-0228
5  tfriedman@toddflaw.com
6  abacon@toddflaw.com
   *Attorneys for Plaintiff*
7

8                    **UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF CALIFORNIA**
9

10  **MARK BIEBER,**                     ) Case No. 1:17-cv-00342-LJO-SKO
                                          )
11  Plaintiff,                            ) **NOTICE OF SETTLEMENT**
                                          )
12       vs.                              )
                                          )
13  **PROFESSIONAL BUREAU OF**            )
    **COLLECTIONS OF MARYLAND, INC.**,    )
14  DOES 1-10 inclusive,                  )
                                          )
15                                        )
    Defendant.                            )
16                                        )

17        NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this

18  Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all

19  pending hearing dates and allow sixty (60) days with which to file dispositive documentation.

20  Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this

21  matter until fully resolved.

22

23

24  Dated**:** May 30, 2017        **Law Offices of Todd M. Friedman, P.C.**

25

26                                  By: /s/ Todd M. Friedman____
                                         Todd M. Friedman, Esq.
27                                       Attorneys for Plaintiff

28

Notice of Settlement - 1

1   Filed electronically on this 30th Day of May, 2017, with:

2

3   United States District Court CM/ECF system

4   Notification sent electronically via the Court's ECF system to:

5   Honorable Lawrence J. O'Neill
6   United States District Court
    Eastern District California

7

8   And all Counsel of Record as recorded on the Electronic Service List.

9   This 30th Day of May, 2017

10

11  s/Todd M. Friedman
        Todd M. Friedman, Esq.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28