UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BIEBER,<br><br>Plaintiff,<br><br>vs.<br><br>PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC., Does 1-10 inclusive,<br><br>Defendant. | Case No. 17-cv-00342-LJO-SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE (Doc. 11)** |

On August 2, 2017, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 11.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 2, 2017**          /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE